# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RANDY DUNKUM,

    Petitioner,

-vs-                                          Case No.  8:22-cv-2069-WFJ-JSS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

On September 14, 2022, Mr. Dunkum was ordered to either pay the filing fee or move to proceed *in forma pauperis* not later than October 14, 2022 (*see* Doc 2). He has neither complied with the Order nor requested an extension of time to comply.

Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute. The Clerk shall close the case.

ORDERED in Tampa, Florida, on October 24, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: Randy Dunkum, *pro se*